UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | No. | 07 CR 799 |
| | ) | | 04 GJ 1046 |
| v. | ) | | |
| | ) | | Robert W. Gettleman |
| JU WEN ZHOU, a/k/a "Goi," et al. | ) | | Acting Chief Judge |

## NOTICE OF MOTION

_____Please take notice that on December 27, 2007, at 9:15 a.m., I shall appear before Acting Chief Judge Robert W. Gettleman in Courtroom 1703 and present the attached Government's First Motion for an Extension of Time to Return Indictment Pursuant to 18 U.S.C. § 3161(h), a copy of which is hereby served on you.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

Dated: December 20, 2007       By:   s/ Timothy J. Chapman
TIMOTHY J. CHAPMAN
Assistant United States Attorney
219 South Dearborn Street, Room 500
Chicago, Illinois 60604
Phone: (312) 353-1925
Fax: (312) 353-4324