## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | Robert W. Gettleman, Acting Chief Judge |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 799-(1-21) | **DATE** | 12/27/2007 |
| **CASE TITLE** | USA vs. Zhou, et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Government's first motion (Doc. No. 93) for an extension of time to return indictment pursuant to 18 U.S.C. 3161(h)(8) through and including 2/19/08 is granted. Enter Order.        (X-T)

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | GL |
|---|---|---|