UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.   07 CR 799 |
| | ) | 04 GJ 1046 |
| v. | ) | |
| | ) | |
| JU WEN ZHOU, a/k/a "Goi", | ) | Acting Chief Judge |
| KENNETH QUOC LUONG, a/k/a "Kenny" | ) | Robert W. Gettleman |
| YVONNE LAW | ) | |
| SU JUNG CHEN, a/k/a "Tina" | ) | |
| SUSAN CHEN, a/k/a "Sue" | ) | |
| THOMAS MAN LUNG LO, a/k/a "Tommy Lo" | ) | |
| YONG OUYANG, a/k/a "Alun" | ) | |
| LI XIEN WU, a/k/a "Ray" | ) | |
| SEJIN OH, a/k/a "Lee" | ) | |
| JONG KYUN CHAE, a/k/a "Big John" | ) | |
| CARLO PANADERO, a/k/a "Chito" and "Ted" | ) | |
| CARLOS PANADERO JR., a/k/a "CJ" | ) | |
| JUNG BAE, a/k/a "John" | ) | |
| MELVIN DUMANLANG | ) | |
| ANDREW SO | ) | |
| HENRY CHUN | ) | |
| MICHAEL CRUZ | ) | |
| ROBERTO VALDEZ | ) | |
| MICHAEL MYINT | ) | |
| JORGE HUERTA | ) | |
| JOAHAN TRUJILLO | ) | |

## ORDER

Upon the Government's motion pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and (B), for an extension of time in which to return an indictment in the above-captioned cause,

IT IS HEREBY ORDERED that the time within which to file an indictment against the defendants be extended from January 5, 2008, through and including February 19, 2008.  Specifically, this Court finds that the ends of justice served by the extension

outweigh the best interests of the public and the defendants in a speedy trial because the failure to grant such an extension would deny the government the reasonable time necessary for effective preparation of the evidence for presentation to the Grand Jury, taking into account the exercise of due diligence.

ENTERED:

ROBERT W. GETTLEMAN
Acting Chief Judge

DATED: December 27, 2007